1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA JOY JOHNSTON, et al., | Case No. 1:23-cv-00784-SAB |
| Plaintiffs, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | |
| BRANDON DURKIN, et al., | |
| Defendants. | (ECF No. 2) |
| | **DEADLINE: JUNE 26, 2023** |

Plaintiffs Melissa Joy Johnston and Sandra Less Johnston (collectively, "Plaintiffs"), proceeding pro se, initiated this civil action against Defendants Brandon Durkin and Megan Whore (collectively, "Defendants") on May 24, 2023. (ECF No. 1.) Plaintiffs did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, the Court cannot determine from the information provided in the application if either Plaintiff is entitled to proceed in this action without prepayment of fees.

For example, Plaintiffs appear to check both the yes and no box in response to question 1, "are you currently incarcerated?" (See id. at 1.) Plaintiffs indicate employment, but fail to provide a response to question 2(a), which requires the applicant to state the amount of take-

1

home salary or wagers and pay period, and identify the employer. (Id.)  Finally, the Court notes the instant application appears to be submitted by both Plaintiffs; therefore, it is unclear which Plaintiff is applying to procced *in forma pauperis*.  Plaintiffs are advised that, if they both seek to apply to proceed *in forma pauperis*, each plaintiff must submit an individual application to do so.

Accordingly, the Court will order Plaintiffs to complete and file Applications to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiffs are unwilling to complete and submit the long form application, Plaintiffs must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice;
2. The Clerk of the Court is directed to forward two copies of the *in forma pauperis* application (Long Form) to Plaintiffs;
3. Not later than **June 26, 2023**, Plaintiff/s shall either (1) pay the $402.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and
4. If Plaintiffs fail to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: __May 26, 2023__

UNITED STATES MAGISTRATE JUDGE