UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA JOY JOHNSTON, et al., | No. 1:23-cv-00797-ADA-SAB |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL |
| v. | (ECF No. 5) |
| BRANDON DURKIN, et al., | |
| Defendants. | |

Plaintiffs Melissa Joy Johnston and Sandra Lee Johnston (collectively "Plaintiffs"), proceeding pro se, initiated this civil rights action filed pursuant to 42 U.S.C. § 1983 on May 24, 2023. (ECF No. 1.) Plaintiffs did not pay the filing fee but instead filed an application to proceed *in forma pauperis*. (ECF No. 2.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 26, 2023, the assigned Magistrate Judge denied the application, on the basis that it could not be determined from the information provided in the application whether Plaintiffs were entitled to proceed in this action without the prepayments of fees. (ECF No. 3.) Plaintiffs were each ordered to either file a long form application to proceed *in forma pauperis* or to pay the filing fee by June 26, 2023. No further filings were submitted.

///

On June 30, 2023, the Magistrate Judge entered findings and recommendations, recommending that the action be dismissed, without prejudice, for failure to obey a court order, failure to pay the filing fee, and for Plaintiffs' failure to prosecute this action. (ECF No. 5.) The findings and recommendations advised Plaintiffs that they could file objections within fourteen days after service. (*Id*. at 4.) The deadline to file objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 30, 2023, (ECF No. 5), are ADOPTED IN FULL.
2. This action is DISMISSED, without prejudice, for failure to obey a court order, failure to pay the filing fee, and for Plaintiffs' failure to prosecute this action; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  September 4, 2023

UNITED STATES DISTRICT JUDGE